# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   PAMELA KAY UNDERHILL

DEBTOR(S)

CASE NUMBER   14-41888-TLS
CLAIM NUMBER   034
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at:  402.530.1879

Account No.:   5676

NAVIENT SOLUTIONS, INC
PO BOX 9640
WILKES-BARRE, PA 18773-9640

AMOUNT:   14,112.89
Classified as:   Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.  UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 02/17/2015

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

NAVIENT SOLUTIONS, INC
PO BOX 9640
WILKES-BARRE, PA 18773-9640

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| IN RE: PAMELA KAY UNDERHILL | CASE NUMBER 14-41888-TLS |
| | CLAIM NUMBER 007 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.: 3192

CAPITAL ONE AUTO FINANCE
C/O ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON, TX 76006

AMOUNT: 24,565.12
Classified as: Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 02/17/2015

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

CAPITAL ONE AUTO FINANCE
C/O ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON, TX 76006

0058-1L-EPICXX-00484454-814732